# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 11, 2007

132351

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD SHEPARD,
      Plaintiff-Appellee,

v

M & B CONSTRUCTION, L.L.C.,
      Defendant-Appellant.

SC: 132351
COA: 261484
Oakland CC: 02-041970-NO

_____/

      By order of February 9, 2007, this Court directed the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 11, 2007

_____
Clerk

t0508